UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61379-CIV-ZLOCH

ANTHONY FRANK LIVOLSI,

      Plaintiff,

vs.

                                          **FINAL ORDER OF REMAND**

COMMISSIONER OF                                **FOR REHEARING**
SOCIAL SECURITY,

      Defendant.

_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 19) filed herein by United States Magistrate Judge Robin S. Rosenbaum, Plaintiff Anthony Frank Livolsi's Motion For Summary Judgment (DE 14) and Defendant's Motion To Remand (DE 18).  No objections to the Magistrate's Report have been filed. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 19) be and the same is hereby approved, adopted, and ratified;

2. Plaintiff Anthony Frank Livolsi's Motion For Summary Judgment (DE 14) and Defendant's Motion To Remand (DE 18) be and the same are hereby **GRANTED;**

3. The Commissioner's Decision in the above-styled cause be and the same is hereby **REVERSED** pursuant to 42 U.S.C. § 405(g), and the above-styled cause be and the same is hereby **REMANDED** to the

Commissioner for further proceedings consistent with the Report And Recommendation (DE 19);

4. Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Anthony Frank Livolsi in accordance with Rule 58 of the Federal Rules of Civil Procedure; and

5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____28th_____ day of April, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record